# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENTON CHARLES MASLEN,<br><br>Defendant. | CR 25-86-BLG-WWM<br><br><br>PRELIMINARY ORDER OF FORFEITURE |

Before the Court is the United States of America's Unopposed Motion for Preliminary Order of Forfeiture (Doc. 37) pursuant to Federal Rule of Criminal Procedure 32.2(b).  Defendant Kenton Charles Maslen has been adjudged guilty of being a prohibited person in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).  Defendant's guilty plea provides a factual basis and cause to issue an order of forfeiture, pursuant to 18 U.S.C. § 924(d), and Federal Rule of Criminal Procedure 32.2(b).

Accordingly, **IT IS ORDERED** that the motion is **GRANTED**:

**IT IS FURTHER ORDERED** that Kenton Charles Maslen's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

    a.     Savage 30H, .12 caliber shotgun, S/N: None;
    b.     Howard Arms Co., .32 caliber revolver, S/N: 61451;

c.  Raven Arms MP25, .25 caliber pistol, S/N: obliterated;
d.  Smith & Wesson SW9VE, 9mm caliber pistol,
    S/N: DWM1178;
e.  Ruger Single Six, .22 caliber revolver, S/N: 504739;
f.  North American Arms Black Widow, .22 caliber revolver,
    S/N: R17258;
g.  Any associated accessories; and
h.  Any associated ammunition, including:
    1)  50 rounds Winchester-Western .32 caliber ammunition;
    2)  45 rounds miscellaneous caliber ammunition;
    3)  23 rounds miscellaneous caliber ammunition;
    4)  450 rounds miscellaneous caliber ammunition;
    5)  66 rounds multiple caliber ammunition;
    6)  14 rounds assorted caliber ammunition; and
    7)  300 rounds assorted caliber ammunition.

**IT IS FURTHER ORDERED** that the United States Marshals Service,

the Bureau of Alcohol, Tobacco, Firearms & Explosives, and/or a designated

sub-custodian, is directed to seize the property subject to forfeiture and further

to make a return as provided by law;

**IT IS FURTHER ORDERED** that the United States will provide

written notice to all third parties with a potential legal interest in any of the

above-described property, and will also post on an official government internet

site (www.forfeiture.gov), for at least 30 consecutive days, notice of the

Court's Preliminary Order and the United States' intent to dispose of the

property in such manner as the Attorney General may direct, as required by

2

21 U.S.C. § 853(n)(l) and Federal Rule of Criminal Procedure 32.2(b)(6), and to make its return to this Court that such action has been completed; and

**IT IS FURTHER ORDERED** that upon adjudication of all third-party interests, if any, the Court will enter a final order of forfeiture.

DATED this 27th day of February, 2026.

WILLIAM W. MERCER
UNITED STATES DISTRICT JUDGE

3